FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 19 AM 7:58

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VERNON TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-1760** |
| **JO ANNE B. BARNHART, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **SECTION "F" (3)** |

# ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 18th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE